United States District Court
Southern District of Texas
**ENTERED**
February 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLENN HENSCHEID, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3263 |
| § | |
| STATE AUTO PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION

On December 13, 2016, the parties filed their stipulation as to discovery and mediation (Dkt. No. 8). The Court has reviewed the parties' stipulation and finds and orders that it be granted. This case is abated for 90 days, through and including May 30, 2017.

It is so ORDERED.

SIGNED on this 1st day of February, 2017.

_____
Kenneth M. Hoyt
United States District Judge